UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER BRADY, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1744** |
| **CAROLYN COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY** | **SECTION "E"** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the complaint of plaintiff, Christopher Brady, Jr., be **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, this 23rd day of March, 2015.

_____
**SUSIE MORGAN**
**United States District Judge**